AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of )
*Information Associated with the Google Account* ) Case No. 25-mj-655-CDL
*email addresses: bamfcah@gmail.com and* )
*bamfcah+congress@gmail.com that are Stored at a* ) **FILED UNDER SEAL**
*Premises Controlled by Google LLC* )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:
   See Attachment "A." This court has authority to issue this warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
   See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___August 18, 2025___
                                                          *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Christine D. Little___.
          *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___August 4, 2025 2:44 pm___     ___/s/ Christine D. Little___
                                                              *Judge's signature*

City and state: ___Tulsa, Oklahoma___     ___Christine D. Little, U.S. Magistrate Judge___
                                                  *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |
|---|
| Case No.: 25-MJ-655-CDL | Date and time warrant executed: 08/07/25 @ 0918 AM | Copy of warrant and inventory left with: WEB PORTAL - GOOGLE |
| Inventory made in the presence of : SA Vincent Veloz |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Search Warrant was served via web-portal and Google assigned Reference # 104214211 |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/07/2025

*Vincent Veloz*
*Executing officer's signature*

Vincent Veloz, Special Agent
*Printed name and title*